## Case No. 13,094.

### SMITH v. POTTS.

[1 Cranch, C. C. 123.] [1]

Circuit Court, District of Columbia. June, 1803.

CONTINUANCE—INABILITY TO FIND WITNESS.

The court will not continue a cause because the plaintiff cannot find out the place of residence of his witness.

Continuance on the ground that the plaintiff could not find out the residence of his witness—refused.